In the matter of Stephen O'Brien, an attorney. No opinion. Referred to Hon. John J. Freedman, official referee. Settle order on notice.

O'CONNOR, Respondent, v. WEBBER et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Patrick W. O'Connor against Richard Webber, Jr., and William Webber, copartners, etc. No opinion. Judgment and order affirmed, with costs. See, also, 163 App. Div. 921, 148 N. Y. Supp. 1133.

O'CONNOR, Respondent, v. WEBBER et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by William D. O'Connor, by Honora O'Connor, his guardian 'ad litem, against Richard Webber, Jr., and William Webber, copartners, etc.

PER CURIAM. Judgment and order affirmed, with costs.

JENKS, P. J., and STAPLETON, J., dissent.

In re O'DONNELL'S WILL. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) In the matter of proving the alleged last will and testament of John O'Donnell, deceased. No opinion. Decree of the Surrogate's Court of Queens County affirmed, with costs.

ONETTO, Respondent, v. COMMERCIAL UNION ASSUR. CO. OF LONDON, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) Action by Ernest Onetto against the Commercial Union Assurance Company of London.

PER CURIAM. Judgment reversed, and new trial granted, with costs to appellant to abide event. Held, that the declarations and statements testified to by plaintiff as having been made to him by defendant's local agent, Stephens, were not admissible in the absence of evidence that said agent, Stephens, had, or had been held out by the defendant as having, authority to waive the conditions of the policy requiring the making and service of proofs of loss.

LAMBERT, J., not sitting.

ORTH et al. v. KAESCHE et al. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by Paul Orth and others against Max B. Kaesche and others. No opinion. Motion granted. Settle order on notice. See, also, 153 N. Y. Supp. 1131.

PALMER, et al. v. STATE. (Supreme Court, Appellate Division, Third Department. July 1, 1915.) Action by Lowell M. Palmer and others, as executors and trustees under the will of Henry U. Palmer, and Lowell M. Palmer, against the State of New York.

PER CURIAM. Motion to dismiss appeal denied. Motion to compel the claimants to ac-

cept notice of appeal and exceptions granted, without costs.

HOWARD, J., dissents.

PALMISANO, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) Action by Ignazio Palmisano against the Erie Railroad Company. No opinion. Judgment affirmed, with costs.

PATRICK, Appellant, v. ATLAS KNITTING CO. et al., Respondents. (Supreme Court, Appellate Division, Third Department. September 15, 1915.) Action by Anthony Patrick, as administrator, etc., of Joseph Vilkus, deceased, against the Atlas Knitting Company and another.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 164 App. Div. 753, 149 N. Y. Supp. 845.

HOWARD, J., dissents.

In re PATTISON et al. (Supreme Court, Appellate Division, Third Department. July 1, 1915.) In the matter of the judicial settlement of the account of Edward A. Pattison and another, as executors, etc., of Charles A. Cheney, late of the Village of Hoosick Falls, N. Y., deceased.

PER CURIAM. Decree of the Surrogate affirmed, with costs.

KELLOGG and WOODWARD, JJ., dissent.

In re PEARCE. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) In the matter of the application of Stanley D. Pearce for admission to the bar. No opinion. Application granted.

PEARSON, Respondent, v. O'HERN, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) Action by George W. Pearson against Frances O'Hern. No opinion. Judgment affirmed, with costs.

PENSABENE, Appellant, v. F. & J. AUDITORE CO., Respondent. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Francesco Pensabene, as administrator, etc., against the F. & J. Auditore Company. No opinion. Motion for reargument (in 153 N. Y. Supp. 1131) denied, with $10 costs.

PEOPLE, Respondent, v. AIKENHEAD, BAILEY & DONALDSON, Inc., et al., Appellants. (Supreme Court, Appellate Division, Third Department. July 1, 1915.) Proceeding by the People of the State of New York against Aikenhead, Bailey & Donaldson, Incorporated, and another. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE v. BRESLER. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Proceeding by the People of the State of New York against Lazar Bresler. No opin-

ion. Judgment reversed, and defendant discharged. Settle order on notice.

PEOPLE, Respondent, v. BRESLER, Appellant. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Proceeding by the People of the State of New York against Lazar Bresler. B. Jaffe, of New York City, for appellant. R. S. Johnstone, of New York City, for the People.

PER CURIAM. Judgment affirmed. Order filed.

SCOTT and HOTCHKISS, JJ., dissent.

PEOPLE, Respondent, v. BURCHARD, Appellant. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Proceeding by the People of the State of New York against Paul Burchard. H. W. Unger, of New York City, for appellant. S. L. Richter, of New York City, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE v. CAESARO. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Proceeding by the People of the State of New York against Vincenzo Caesaro. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE, Respondent, v. CEPRIANO, Appellant. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Proceeding by the People of the State of New York against Cilo Cepriano.

PER CURIAM. The time to appeal did not run after the trial court had set aside the verdict of conviction. The affidavits on that motion presented questions to be passed on by the court, and its judicial action thereon, setting aside the verdict, remained conclusive until such order should be vacated. Hence the time to appeal did not run while there was no judgment of conviction to appeal from, and this continued until the court vacated its previous order, which in effect reinstated the original judgment. Accordingly the motion to dismiss the appeal is denied. The order of January 12, 1915, is modified, by striking out therefrom, at folio 255, the words "as null and void," and, as modified, is affirmed. But a review of the trial record leads to its affirmance. The alleged prejudicial atmosphere created by the prosecution was due to receiving proof of conversations had with the defendant, or in his presence, which, though accusatory in form, were nevertheless admissible. Judgment of conviction of the County Court of Kings County affirmed. See, also, 152 N. Y. Supp. 1132.

PEOPLE v. DALE. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Proceeding by the People of the State of New York against Theodore B. Dale, in which Maurice Brodsky, as executor, etc., appeals. H. Siegrist, of New York City, for appellant. R. S. Johnstone, of New York City, for the People. No opinion. Order reversed, and motion denied. Settle order on notice.

154 N.Y.S.—72

PEOPLE, Respondent, v. DEALY, Appellant. (Supreme Court, Appellate Division, Third Department. July 1, 1915.) Proceeding by the People of the State of New York against Jacob Dealy. No opinion. Judgment unanimously affirmed, with costs.

PEOPLE, Respondent, v. DONOVAN, Appellant. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Proceeding by the People of the State of New York against Grace Donovan. No opinion. Judgment of conviction of the County Court of Nassau County and order affirmed.

PEOPLE, Respondent, v. DROSTO, Appellant. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Proceeding by the People of the State of New York against Charles F. Drosto, Jr. Baldwin, Fisher & Potter, of New York City, for appellant. E. C. Kindleberger, of New York City, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. EGAN, Appellant. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Proceeding by the People of the State of New York against Joseph Egan. R. S. Johnstone, of New York City, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. FISHER, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) Proceeding by the People of the State of New York against Edward Fisher. No opinion. Judgment of conviction and order affirmed.

PEOPLE, Respondent, v. GROTE, Appellant. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Proceeding by the People of the State of New York against Charles Grote. W. B. Dobbs, of New York City, for appellant. R. H. Mitchell, of New York City, for the People. No opinion. Judgment and orders (in 153 N. Y. Supp. 631) affirmed. Order filed.

PEOPLE, Respondent, v. LEVY, Appellant. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Proceeding by the People of the State of New York against Albert Levy. K. H. Rosenberg, of New York City, for appellant. R. S. Johnstone, of New York City, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. LUTZ, Appellant. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Proceeding by the People of the State of New York against Warren Stevens Lutz, etc. K. Henry Rosenberg, of New York City, for appellant. L. Fabricant, of New York City, for the People. No opinion. Judgment and order affirmed. Order filed. See, also, 152 N. Y. Supp. 1133.

PEOPLE v. MOLETA. (Supreme Court, Appellate Division, First Department. June 25,